# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

MALIK MAHDI MUHAMMAD,

              Petitioner,

-vs-                              Case No.  6:09-cv-1604-Orl-35DAB

SECRETARY, DEPARTMENT OF
CORRECTIONS,  FLORIDA ATTORNEY
GENERAL,

              Respondents.
_____

## ORDER OF DISMISSAL

On September 18, 2009, the Court ordered Petitioner to file an amended petition within eleven days from the date of the Order (Doc. No. 4).   That Order was mailed to the last known address of Petitioner.  On September 28, 2009, the United States Postal Service returned the Order as undeliverable with the notation "Inmate Released from Orange County Corrections Department."  Petitioner has an obligation to keep this Court advised of his current address in order to effectively process this litigation, and he has failed to do so.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice.  The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida, this 22nd day of October 2009.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
sa  10/6
Malik Mardi Muhammad